NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-953

SHAUNN CAILLIER MCCORVEY

VERSUS

DERRIEL MCCORVEY

**\*\*\*\*\*\*\*\*\*\***

APPEAL FROM THE
TWENTY-SEVENTH JUDICIAL DISTRICT COURT
PARISH OF ST. LANDRY, NO. 02-C-2619-A
HONORABLE JAMES T. GENOVESE, DISTRICT JUDGE

**\*\*\*\*\*\*\*\*\*\***

**ELIZABETH A. PICKETT**
**JUDGE**

**\*\*\*\*\*\*\*\*\*\***

Court composed of Ulysses Gene Thibodeaux, Glenn B. Gremillion, and Elizabeth A. Pickett, Judges.

**AFFIRMED.**

**Alex L. Andrus  III**
**Andrus & Doherty**
**117 North Market Street**
**Opelousas, LA 70570**
**(337) 942-5645**
**Counsel for Plaintiff/Appellee:**
**Shaunn Caillier McCorvey**

**Derriel Carlton McCorvey**
**Attorney at Law**
**P. O. Box 2473**
**Lafayette, La 70502**
**(337) 291-2431**
**Counsel for Defendant/Appellant:**
**Derriel Carlton McCorvey**